IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 09 2017
at 4 o'clock and 45 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| Anthony T. Williams<br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII, et al.,<br>Defendants | Civ. No. 16-00411 LEK-RLP<br><br>SECOND MOTION FOR EXTENSION OF TIME |

SECOND MOTION FOR EXTENSION OF TIME

COMES NOW, Anthony Williams, a servant of the Most High Yahweh Elohim and Yahshua the Messiah and submits this Second Motion for Extension of Time for the following reasons:

1) Plaintiff went to court on December 30, 2016 and was informed that new bogus charges were filed against him for allegedly filing false documents and was given an excessive bond of $300,000 which violates Plaintiff's 8th Amendment right. These charges and bond were maliciously done to ensure Plaintiff would not be released on 1-14-2017.

2) Plaintiff is indigent and is requesting that the court appoint him counsel to assist him with his case because of being denied access to the law library which makes it impossible for Plaintiff to make copies or do proper research or to mail out complaints to the parties or properly respond and provide all the necessary documents to the court that are imperative to execute the complaint as directed by the court.

3) Plaintiff has no release date as of now and request extension be granted until Plaintiff gets a new release date for Plaintiff or until the

Court can appoint Plaintiff counsel to assist in going forward with the complaint.

WHEREFORE, because of the foregoing reasons the Plaintiff moves this Court to grant this Second Motion for Extension of Time and approve Plaintiff's request for appointment of counsel.

Respectfully Submitted,

Anthony Williams

CERTIFICATE OF SERVICE

I, hereby certify that the foregoing was sent by U.S. Mail to the following on January 2, 2017.

U.S. DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., Room C-338
Honolulu, HI 96850